| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| MEKO DEAUNT'E JONES SR,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>SUPERINTENDENT,<br><br>　　　　　　Respondent. | CASE NO. 3:18-CV-05688-RBL-DWC<br><br>ORDER SUBSTITUTING RESPONDENT |

Petitioner Meko Deaunt'e Jones, Sr., who is proceeding *pro se* and *in forma pauperis*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Dkt. 5. In his Petition, Petitioner named "Superintendent" as Respondent. *See id.* The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his Petition, Petitioner is currently confined at Stafford Creek Corrections Center in Aberdeen, Washington. *See* Dkt. 5, p. 1. The Director of the Stafford Creek Corrections Center is Ron Haynes.

1 | Accordingly, the Clerk of Court is directed to substitute Ron Haynes as the Respondent
2 | in this action. The Clerk shall send copies of this Order to Petitioner.
3 | Dated this 1st day of October, 2018.

*[signature]*
David W. Christel
United States Magistrate Judge